AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Colorado

SADIQ MOHAMMAD

*Plaintiff(s)*

v.   Civil Action No. 1:24-cv-02250-MEH

YORK SPACE SYSTEMS, LLC;
SHANE MEAKIM; AND
MARIE LEHNERER

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  YORK SPACE SYSTEMS, LLC
6060 S. WILLOW DRIVE, GREENWOOD VILLAGE, CO 80111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RATHOD MOHAMEDBHAI LLC
AZRA TASLIMI
IRIS HALPERN
2701 LAWRENCE STREET
SUITE 100
DENVER, CO 80205

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 08/16/2024

/s/ B. Lawson

*Signature of Clerk or Deputy Clerk*